IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-663-RJC-DCK

| | |
|---|---|
| ANGUS TOPFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTHWESTERN MUTUAL LIFE ) | |
| INSURANCE COMPANY, INTERRA ) | |
| INTERNATIONAL, LLC, and INTERRA ) | |
| INTERNATIONAL, LLC LONG TERM ) | |
| DISABILITY INSURANCE PLAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Mark W. Bakker, concerning James Tracy Hedgepath on February 1, 2021. James Tracy Hedgepath seeks to appear as counsel *pro hac vice* for Defendant Northwestern Mutual Life Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. James Tracy Hedgepath is hereby admitted *pro hac vice* to represent Defendant.

Signed: February 1, 2021

David C. Keesler
United States Magistrate Judge